IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BOBBY L. GUILFORD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.  2:06-cv-130-MEF |
| | )           (WO) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The defendant's objection (Doc. #21) to the Recommendation of the Magistrate Judge filed on February 13, 2007, is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #20) entered on February 1, 2007, is adopted;

3.  The decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner for further administrative proceedings consistent with the Recommendation of the Magistrate Judge.

DONE this the 11th day of May, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE