IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY GUILFORD, JR., | ) | |
| (SSN: ___-__-5322) | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-130-MEF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|      Defendant. | ) | |

## MEMORANDUM OPINION AND O R D E R

This cause is before the Court on Plaintiff's Motion for Award of Attorney Fees

Pursuant to the Equal Access to Justice Act (Doc. # 30) and Plaintiff's Supplemental

Motion for Award of Attorney Fees Directly to Attorney (Doc. # 31).  The parties have

agreed to award a fee of $3,183.08, which will be paid by Defendant directly to Plaintiff's

attorney.  The remaining issue is whether the Defendant may use this EAJA fee award to

offset debt owed by the Plaintiff to the Defendant.

The EAJA provides that fees and expenses awarded properly belong to a

"prevailing party," as opposed to the prevailing party's attorney.  28 U.S.C. §

2412(d)(1)(A) ("a court shall award to a prevailing party ... fees and other expenses.").

"Fees and other expenses" include reasonable attorney fees.  § 2412(d)(2)(A).  An

assignment of a fee award is addressed by 31 C.F.R. § 285.5(e)(6), which provides that

"[a]n assigned payment will also be subject to offset to collect delinquent debts owed by

the assignor." *Id.*  The regulation provides some exceptions, none of which apply to the facts in this case.

The Plaintiff assigned the fees to the Plaintiff's attorney.  Plaintiff's Motion to Submit Affidavit (Doc. # 32).  Plaintiff cites the case of *Dixon-Townsell v. Barnhart*, 445 F. Supp. 2d 1283 (N.D. Okla. 2006), for the proposition that attorney fees are not subject to administrative offset.  However, *Dixon-Townsell* is distinguishable in an important respect because it involved an offset that was made erroneously due to a typographical error.  *Id.* at 1285.  Plaintiff cites nothing that contravenes the statutory and regulatory authorities that are applicable in this case.  Therefore, Defendant is entitled to offset Plaintiff's debts.

Accordingly, it is hereby ORDERED as follows:

(1) Plaintiff's Motion to Submit Affidavit (Doc. # 32) is GRANTED.

(2) Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. # 30) and Plaintiff's Supplemental Motion for Award of Attorney Fees Directly to Attorney (Doc. # 31) are GRANTED IN PART.

(1) Defendant shall pay $3,183.08 to Plaintiff's attorney, but Defendant may offset Plaintiff's debts.

Done on this the 4th day of October, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE